IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANCHEZ ROLLE,                    )
                                  )
     Plaintiff,                   )
                                  )      CIVIL ACTION NO.
     v.                           )         2:23cv77-MHT
                                  )            (WO)
JOSE ANGEL SALAZAR CAVAZOS        )
and JBA EXPRESS, LLC,             )
                                  )
     Defendants.                  )
```

### ORDER

Upon consideration of defendant JBA Express, LLC's motion for extension (Doc. 6), which plaintiff's counsel has orally confirmed is unopposed, it is ORDERED that:

(1) The motion is granted, and defendant JBA Express shall have until March 29, 2023, in which to obtain confirmation of plaintiff's state of citizenship.

(2) By March 29, 2023, defendant JBA Express shall file either an amended notice of removal or a motion to

remand.

DONE, this the 13th day of March, 2023.

                                   /s/ Myron H. Thompson  
                                 **UNITED STATES DISTRICT JUDGE**