IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SANCHEZ ROLLE,                  )
                                )
    Plaintiff,                  )
                                )       CIVIL ACTION NO.
    v.                          )         2:23cv77-MHT
                                )             (WO)
JOSE ANGEL SALAZAR CAVAZOS      )
and JBA EXPRESS, LLC,           )
                                )
    Defendants.                 )
```

## ORDER

By agreement of the parties, it is ORDERED that the motion to remand (Doc. 9) is granted and that this case is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of the court is to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 28th day of March, 2023.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE